Case: 1:25-cv-04896 Document #: 7-3 Filed: 06/12/25 Page 1 of 2 PageID #:76

AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Rasputin Stash LLC, Paul N. Coleman, et.al

*Plaintiff(s)*

v.

Bek David Campbell, Cyanide Breathmint Music, et. al.

*Defendant(s)*

Civil Action No. 1:25-cv-04896

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Interscope Geffen A&M
2100 Colorado Ave
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean Mulroney
Sean Mulroney & Associates
516 N Ogden Avenue, Suite 191
Chicago, IL 60642 sean@seanmulroney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

June 12, 2025

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Interscope Geffen A+M
was received by me on *(date)* 7/18/25 .

' I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* Interscope Geffen A+M , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* 7/18/25 ; or

' I returned the summons unexecuted because ________ ; or

' Other *(specify)*: Served by USPS 1st class mail. See attached

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

Julie Darling
*Server's signature*

Julie Darling
*Printed name and title*

4712 W. Le Moyne, Chg. IL 60651
*Server's address*

Additional information regarding attempted service, etc:

Total $7.60

USPS Grnd Advtg 1 $6.80
Chicago, IL 60604
Weight: 0 lb 3.10 oz
Estimated Delivery Date
Mon 07/21/2025
Tracking #:
9500 1115 1141 5199 6014 88
Insurance $0.00
Up to $100.00 included
Total $6.80

USPS Grnd Advtg 1 $7.30
Wilmington, DE 19801
Weight: 0 lb 3.10 oz
Estimated Delivery Date
Mon 07/21/2025
Tracking #:
9500 1115 1141 5199 6015 01
Insurance $0.00
Up to $100.00 included
Total $7.30

USPS Grnd Advtg 1 $7.60
Santa Monica, CA 90404
Weight: 0 lb 3.10 oz
Estimated Delivery Date
Tue 07/22/2025
Tracking #:
9500 1115 1141 5199 6015 25
Insurance $0.00
Up to $100.00 included
Total $7.60

USPS Grnd Advtg 1 $7.30
New York, NY 10014
Weight: 0 lb 3.10 oz
Estimated Delivery Date
Mon 07/21/2025
Tracking #:
9500 1115 1141 5199 6015 49
Insurance $0.00
Up to $100.00 included
Total $7.30

USPS Grnd Advtg 1 $7.60
Los Angeles, CA 90068
Weight: 0 lb 3.10 oz
Estimated Delivery Date
Tue 07/22/2025
Tracking #:
9500 1115 1141 5199 6015 87
Insurance $0.00
Up to $100.00 included
Total $7.60

---

Grand Total: $51.50

---

Debit Card Remit $51.50
Card Name: MasterCard
Account #: XXXXXXXXXXXX2187
Approval #: 015259
Transaction #: 211
Receipt #: 035291
Debit Card Purchase: $51.50
AID: A0000000042203 Contactless
AL: Debit

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps...

UNITED STATES POSTAL SERVICE.

CRAGIN
5100 W GRAND AVE
CHICAGO, IL 60639-9998
www.usps.com

07/18/2025 11:53 AM

---

TRACKING NUMBERS
9500 1115 1141 5199 6014 40
9500 1115 1141 5199 6014 64
9500 1115 1141 5199 6014 88
9500 1115 1141 5199 6015 01
9500 1115 1141 5199 6015 25
9500 1115 1141 5199 6015 49
9500 1115 1141 5199 6015 87

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg<br>Wilmington, DE 19801<br>Weight: 0 lb 3.10 oz<br>Estimated Delivery Date<br>Mon 07/21/2025<br>Tracking #:<br>9500 1115 1141 5199 6014 40 | 1 | | $7.30 |
| Insurance<br>Up to $100.00 included | | | $0.00 |
| Total | | | $7.30 |
| USPS Grnd Advtg<br>Santa Monica, CA 90404<br>Weight: 0 lb 3.10 oz<br>Estimated Delivery Date<br>Tue 07/22/2025<br>Tracking #:<br>9500 1115 1141 5199 6014 64 | 1 | | $7.60 |
| Insurance<br>Up to $100.00 included | | | $0.00 |

aims.htm
m
age.
'y.
d on
s
ce,