# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Rasputin Stash LLC, Paul N. Coleman, Estate of Martin Dumas, Ernest Frank Donaldson, and Bruce Butler,<br><br>        Plaintiffs,<br><br>    v.<br><br>Bek David Campbell, Cyanide Breathmint Music, Universal Music Group, Warner Music Group, Mike Simpson, John King, Interscope, Geffen A&M, Joseph Guillmeron Jones, and Cory Woods,<br><br>        Defendants. | Case No. 25-CV-04896<br><br>Hon. Jeremy C. Daniel |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, October 22, 2025 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Jeremy C. Daniel** or any judge sitting in his stead, in **Courtroom 1419** in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, to present **Moving Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, which has been filed with the Clerk of the Court using the CM/ECF system along with this notice.

Date: October 16, 2025

Respectfully Submitted,

**Universal Music Group, Warner Music Group, and Interscope, Geffen A&M**

Timothy A. Hudson
Jeffrey L. Grinde Jr.
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, Suite 700
Chicago, IL 60604
Telephone: (312) 762-9450
thudson@tdrlaw.com
jgrinde@tdrlaw.com

By:    */s/ Timothy A. Hudson*
       One of Their Attorneys