# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Rasputin Stash LLC, Paul N. Coleman, Estate of Martin Dumas, Ernest Frank Donaldson, and Bruce Butler <br><br> Plaintiffs <br> -v- <br><br> Bek David Campbell, Cyanide Breathmint Music, Universal Music Group, Warner Music Group, Mike Simpson, John King, Interscope, Geffen A&M, Joseph Guillmeron Jones, and Cory Woods <br><br> Defendants | Case No. 1:25-cv-2025 |

## 2nd MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW COMES, Rasputin Stash LLC, Paul Colman, Estate of Martin Dumas, Ernest Frank Donaldson and Bruce Butler, by and through his attorneys, Sean Mulroney and Associates and Duff Law PLLC, and in support of their Motion for Leave to File Fist Amended Complaint state as follows:

1. Plaintiffs filed their initial Complaint on April 13, 2025.

2. On November 6, 2025, this Court granted Plaintiffs 1st Motion to File Their 1st Amended Complaint and required it to be filed by November 21,2025.

3. Settlement discussions are ongoing with Defendants Universal Music Group, Warner Music Group, Interscope, Geffen and A&M.

4. In order to avoid initial motions to dismiss and due to the discussion with the parties listed above the Plaintiffs request additional time to file their First Amended Complaint.

5.  The Defendant's counsels' offices are closed for the las several weeks of the year.

6.  The Defendants have no objection to this Motion.

WHEREFORE, Plaintiffs request that this Court grant Plaintiffs' Motion for Leave to File First Amended Complaint by January 16, 2025.

                              Respectfully submitted,

                              s/s: Sean Mulroney
                              Attorney for the Plaintiffs

Dated: November 21, 2025

ARDC #6196973
Sean M. Mulroney & Associates
516 N. Ogden Ave., Suite 191
Chicago, IL 60607
(312) 731-3197
sean@seanmulroney.com

Anderson J. Duff (4860383)
Duff Law PLLC
353 Ocean Ave. Ste. 4E
New York, New York 11226
(646) 450-3607
ajd@hoganduff.com