**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rasputin Stash LLC, et al.
                            Plaintiff,

v.                                                            Case No.: 1:25–cv–04896
                                                                     Honorable Jeremy C. Daniel

Bek David Campbell, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Plaintiff did not appear before the Court or contact chambers regarding any scheduling conflicts. Defendants' unopposed motion for extension of time to answer or otherwise plead [28] is granted. Defendants shall answer or otherwise plead on or before 2/20/2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.