# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Rasputin Stash LLC, et al.

                       Plaintiff,

v.

Bek David Campbell, et al.

                       Defendant.

Case No.: 1:25–cv–04896

Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion to strike [54] is granted. The Court strikes the deadlines set in Dkt. No. 50. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.