UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rasputin Stash, LLC, Paul N. Coleman, Estate
of Martin Dumas, Ernst Frank Donaldson, and
Bruce Butler,

          Plaintiffs,

     v.

Bek David Campbell, Mike Simpson, John
King, Joseph Guillmeron Jones, Cory Woods,
and Atlantic Recording Corporation,

          Defendants.

CASE NO. 1:25-CV-04896

Hon. Jeremy C. Daniel

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **July 2, 2026 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before **Honorable Jeremy C. Daniel** or any judge sitting in his stead, in **Courtroom 1419** in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, to present the **Motion of Defendant Atlantic Recording Corporation to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6)**, which has been filed with the Clerk of the Court using the CM/ECF system along with this notice.

DATED:  June 29, 2026                Respectfully submitted,

Tabet DiVito & Rothstein LLC

By:  */s/ Timothy A.  Hudson*
      Timothy A. Hudson, Esq.
      Tabet DiVito & Rothstein LLC
      209 S. LaSalle Street, Suite 700
      Chicago, Illinois 60604
      (312) 762-9476 (office)
      Attorneys for Defendants Universal Music
      Group, Warner Music Group and Interscope
      Geffen A&M

DATED:  June 29, 2026                Respectfully submitted,

Mitchell Silberberg & Knupp LLP

By:  */s/ Alexandra L. Anfuso*
      Alexandra L. Anfuso (SBN 333440 )
      MITCHELL SILBERBERG & KNUPP LLP
      2049 Century Park East, 18th Floor
      Los Angeles, CA 90067-3120
      Telephone: (310) 312-2000
      Facsimile: (310) 312-3100
      Attorneys for Defendants Universal Music
      Group, Warner Music Group and Interscope
      Geffen A&M