UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Rasputin Stash, LLC, Paul N. Coleman, Estate of Martin Dumas, Ernst Frank Donaldson, and Bruce Butler,<br><br>      Plaintiffs,<br>  v.<br><br>Bek David Campbell, Mike Simpson, John King, Joseph Guillmeron Jones, Cory Woods, and Atlantic Recording Corporation,<br><br>      Defendants. | Case No. 1:25-Cv-04896<br><br><br>**DECLARATION OF MARCOS LOZADA IN SUPPORT OF DEFENDANT ATLANTIC RECORDING CORPORATION'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

21705459.2

I, Marcos Lozada, declare as follows:

1.     I am the Senior Vice President of Human Resources, US Record Labels at Warner Music Inc., and I submit this declaration on behalf of Atlantic Recording Corporation's ("Atlantic") Motion to Dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     Atlantic is a Delaware corporation with its principal place of business at 1633 Broadway, New York, NY, 10019.

3.     Atlantic is not incorporated in Illinois, and is not registered to do business in Illinois.

4.     Atlantic does not rent, own, or lease any real estate in Illinois, nor operate any offices in Illinois. Atlantic does not have any employees based in Illinois.

5.     Atlantic has no mailing address in Illinois, and no bank accounts in Illinois.

6.     Atlantic is a record label that owns the sound recordings entitled *Mr. Cool* and *Dookey Shoe*, by the band Rasputin's Stash (together, the "Sound Recordings").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 26, 2026 at _Los Angeles, CA_ .

_____
Marcos Lozada

2

21705459.2