**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rasputin Stash LLC, et al.
                              Plaintiff,

v.                                              Case No.: 1:25–cv–04896
                                                Honorable Jeremy C. Daniel

Bek David Campbell, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 27, 2026:

 MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for an extension of time [59] is granted in part. The plaintiff's response is due on or before August 3, 2026. The Court will not extend this deadline any further. And the Court cautions the plaintiff that it runs the risk of waiving a response by waiting until the eve of a deadline to seek an extension. The parties should understand that extensions of time are disfavored, even when agreed. Any party seeking an extension of time must show good cause for the extension and demonstrate diligence with respect to the deadline the party seeks to extend. "I'm busy," absent additional context, is hardly good cause. The motion does not include the necessary information to evaluate the claim. It does not state when the other deadlines were set or what the other deadlines involve. It also does not explain why the defendant's reply period should expand from seven to twenty–one days. The parties may be content with the pace of this case, but the Court is not. The plaintiff filed this case in May 2025. It is now July 2026 and the parties are not yet at issue. The Court will not permit additional delay. Any reply is due on or before August 12, 2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.